# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ABREU SANTIAGO, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-01213 |
| v. | ) |
| | ) Judge Joan B. Gottschall |
| ECD-GREAT STREET DE, LLC, | ) Magistrate Judge David Weisman |
| Defendant. | ) |

## **STIPULATION OF VOLUNTARY DISMISSAL**

Plaintiff, Abreu Santiago, and Defendant, ECD-Great Street DE, LLC., notify the Court that the Parties have resolved the matter, and hereby stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice without cost to either party.

Respectfully submitted,

*Attorney for Plaintiff Abreu Santiago*

/s/ Angela C. Spears
Angela Spears
Cass Law Group, P.C.
20015 S. LaGrange Rd., #1098
Frankfort, IL 60423
Ph: (872) 329-4844
aspears@casslawgroup.com

*Attorney for Defendant ECD-Great Street DE, LLC.*

/s/ Heather Becker
Heather Becker
Laner Muchin, Ltd.
515 N. State Street, Ste. 2400
Chicago, IL 60654
(312) 467-9800
hbecker@lanermuchin.com

September 27, 2024